March 12, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

AVI RON, Appellant

NO. 14-11-01110-CV            V.

AIRTRAN AIRWAYS, INC., Appellee

_____

   This cause, an appeal from the judgment signed November 22, 2011 in favor of appellee, AirTran Airways, Inc., was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

   We further order that all costs incurred by reason of this appeal be paid by appellee, AirTran Airways, Inc.

   We further order this decision certified below for observance.